**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CHANH DINH NGUYEN ) <br> ) <br> Defendant. ) <br> _____ ) | USDC Cr. Cs. No. 03-00108-001 <br><br> **REQUEST FOR CONTINUANCE OF THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING DATE** |

On December 24, 2004, the defendant, Chanh Dinh Nguyen pled guilty to an Information that charged him with the offenses, to wit: <u>Count I:</u> Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. § 841(a)(1) and 846; <u>Count II</u>: Money Laundering, in violation of 18 U.S.C. § 1957(a); and <u>Count III</u>: Forfeiture Allegation, in violation of 18 U.S.C. § 982 and 21 U.S.C. § 853.

After several continuances of the Status hearing, a Stipulation and Order to Vacate Status Hearing and Set Sentencing was filed. The court set Sentencing for September 8, 2005, and the U.S. Probation Office was ordered to submit a presentence report on August 4, 2005. On July 27, 2005, the court continued the Sentencing hearing to October 6, 2005 and ordered the presentence report be submitted to the parties on August 26, 2005. The defendant is currently released and in Oregon state under the supervision of the Drug Enforcement Administration.

At this time, the Sentencing and pre-sentence report due date does not provide adequate opportunity for the probation officer to complete its investigation of the case. Efforts are pending to interview the defendant telephonically, and with his attorney present. The probation officer requests that the Court continue the Sentencing date to November 14, 2005, and permit the pre-sentence report to be filed on October 7, 2005. Both parties have been apprized of this request and no objections were made to the continuance.

Request for Continuance of the
Presentence Investigation Report and Sentencing Date
Re: Chanh Ding Nguyen
USDC Cr.Cs. No. 03-00108-001
Page 2

RESPECTFULLY submitted this 25th day of August 2005.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
CARLEEN G. BORJA
U.S. Probation Officer

Approved by:

_____   Aug 25, 2005
CHRISTOPHER J. DUENAS        DATE
U.S. Probation Officer Specialist

cc: Karon V. Johnson, AUSA
    Howard Trapp, Defense Counsel