1  FRANK MICHAEL CRUZ
   Chief Probation Officer
2  CARLEEN G. BORJA
   U.S. Probation Officer
3  2nd Floor, U.S. Courthouse
   520 West Soledad Avenue
4  Hagåtña, Guam 96910
   Telephone:   (671) 473-9201
5  Facsimile:   (671) 473-9202

**FILED**
DISTRICT COURT OF GUAM

AUG 2 5 2005

**MARY L.M. MORAN**
**CLERK OF COURT**

6

7                  IN THE UNITED STATES DISTRICT COURT
8
                    FOR THE TERRITORY OF GUAM
9

10

11 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 03-00108
                                       )
12              Plaintiff,             )
                                       )
13         vs.                         )
                                       )
14 CHANH DINH NGUYEN,                  )        **ORDER**
                                       )
15              Defendant.             )
   _____   )

16        Upon request of the U.S. Probation Office, to which the parties have no objection, the

17 sentencing hearing is hereby moved from October 6, 2005 to Monday, November 14, 2005 at

18 9:00 a.m.[1] The presentence report shall be provided to the parties no later than October 7, 2005.

19 The parties shall file their responses to the presentence report no later than October 21, 2005.

20 The final presentence report, addendum, and sentence recommendation shall be submitted to the

21 Court and parties no later than October 31, 2005.

22        SO ORDERED this 25th day of August 2005.

23

24                                    JOAQUIN V.E. MANIBUSAN, JR.
                                      United States Magistrate Judge
25

26

27  _____
      [1] The Honorable Robert Clive Jones, United States District Judge for the District of
28 Nevada, shall preside over the sentencing hearing.