# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Chanh Dihn Nguyen,<br><br>　　　　　Defendant. | Case No. 1:03-cr-00108 *SEALED*<br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the ***Order re Sentencing filed August 25, 2005***, on the dates indicated below:

*U.S. Attorney's Office　Howard Trapp　U.S. Probation Office　U.S. Marshal Service*
*August 29, 2005　　　　August 29, 2005　August 29, 2005　　　　August 30, 2005*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***Order re Sentencing filed August 25, 2005***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 31, 2005　　　　　　　　　　　　/s/ Marilyn B. Alcon
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk