LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 24 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> CHANH DIHN NGUYEN ) <br> a/k/a "CHRIS," ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. 03-00108 <br><br> **ORDER** <br> **re: October 19, 2005** <br> **United States' Application** <br> **to Unseal Record** |

The United State's Application to Unseal the Record, in the above captioned matter, filed October 19, 2005, is hereby granted.

**SO ORDERED** this _24_ day of October, 2005.

_____
WILLIAM ALSUP*
District Court of Guam

**ORIGINAL**

---

*The Honorable William Alsup, United States District Judge for Northern District of California, by designation.