ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV - 2 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHANH DIHN NGUYEN <br> a/k/a CHRIS, <br><br> Defendant. | CRIMINAL CASE NO. 03-00108 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT AND MOTION FOR ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following comments: Paragraph 74 of the PSR should include a three-level decrease for acceptance of responsibility under USSG § 3E1.1. The defendant timely notified the government of his intention to enter a plea of guilty at a sufficiently early stage in the process so that the government was able to avoid preparing for trial, and the court was able to schedule its calendar efficiently.

//

//

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 2nd day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: *[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

2