(lda)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



**FILED**
DISTRICT COURT OF GUAM

NOV - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | CR 03-00108 |
| Plaintiff, | ( ) | DECLARATION |
| vs. | ( ) | |
| CHAHN DIHN NGUYEN, also known as Chris, | ( ) ( ) | |
| Defendant. | ( ) | |

------------

I, Howard Trapp, declare that I am the attorney of record for defendant.

2. Rule 32(f)(1) of the Federal Rules of Criminal Procedure provides that the parties must state in writing any objections to the presentence report within 14 days after their receipt thereof.

3. Defendant received the presentence report on October 7, 2005.

**ORIGINAL**

(DECLARATION)
CR 03-00108

4. The presentence report states that the "Draft Submission Date" thereof is "October 7, 2005."

5. Defendant received the revised presentence (see Fed. R. Crim. P. 32(f)(3)) report on October 20, 2005.

6. The revised presentence report states that the "Final Submission Date" thereof is "Oct. 20, 2005."

7. The addendum to the revised presentence report (see Fed. R. Crim. P. 32(g)) states, "As of October 20, 2005, Counsel for the defendant has not filed a response to the presentence report."

8. Defendant provided a copy of his objections to the government and the probation officer on the 14th day after his receipt of the presentence report, that is to say, on October 21, 2005.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2005, at Hagåtña, Guam.

_____
HOWARD TRAPP
Attorney for defendant

2

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on November 9, 2005, I served the document to which this declaration is annexed on Carleen G. Borja, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy thereof at 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2005, at Hagåtña, Guam.

_____
LEILANI D. ADA

## DECLARATION OF SERVICE

I, Leilani D. Ada, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on November 9, 2005, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at her office at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 9, 2005, at Hagåtña, Guam.

_/s/ Leilani D. Ada_
(LEILANI D. ADA