LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHANH DIHN NGUYEN<br>a/k/a CHRIS,<br><br>    Defendant. | CRIMINAL CASE NO. 03-00108<br><br>GOVERNMENT'S MOTION<br>FOR A DOWNWARD DEPARTURE<br>UNDER USSG § 5K1.1 AND<br>18 U.S.C. § 3553(e) |

Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C. § 3553(e), for a downward departure from the applicable total offense level to Level 20, which will yield an advisory guideline range of 33 to 41 months with Criminal History Category I. The government intends to recommend the minimum term under said range, and the reasons for such recommendation are set forth in a memorandum.

RESPECTFULLY SUBMITTED this _9th_ day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _/s/_
MARIVIC P. DAVID
Assistant U.S. Attorney