ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 10 2005
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00108 |
| Plaintiff, | |
| vs. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| CHANH DIHN NGUYEN a/k/a CHRIS, | |
| Defendant. | |

The United States is seeking a substantial assistance downward departure to Level 20 based on the cooperation the defendant has provided to agents with the Drug Enforcement Administration, U.S. Immigration & Customs Enforcement and the IRS Criminal Investigation Division. The defendant provided information about his drug trafficking and money laundering activities and identified approximately 10 other persons of whom he was aware were involved in drug-trafficking and/or money laundering activities. As a direct and indirect result in part of defendant's substantial assistance, five of the 10 persons were prosecuted: U.S. v. Kong Kwok Chan (awaiting sentencing); CR# 03-00095; U.S. v. Thu Loan Thai Dang a/k/a Kimmie (awaiting sentencing); CR# 03-00095; U.S. v. Quang Tam Huynh, CR# 04-00050 (33 months imprisonment); U.S. v. Duane Calvo, CR# 05-00016 (48 months imprisonment); U.S. v. John T. Santos, CR# 05-00016 (65 months

imprisonment). The defendant testified as a government witness in the <u>Huynh</u> trial, and would have been available to testify as well if Chan, Dang, Calvo and Santos elected to go to trial, however, no such trial was necessary since they pleaded guilty pursuant to plea agreements.

For all these reasons, a downward departure to Level 20, which yields a range of 33 to 41 months under Criminal History Category I, is appropriate and the government will recommend the minimum term under said range.

RESPECTFULLY SUBMITTED this _10th_ day of November 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

2