DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**
**SENTENCING**



**CASE NO. CR-03-00108**    **DATE: November 14, 2005**

***

**HON. ROBERT CLIVE JONES, Designated Judge**    Law Clerk: NONE PRESENT
Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 8:13:56 - 9:04:50    CSO: D. QUINATA

************************ **A P P E A R A N C E S** ****************************

**DEFT: CHAHN DIHN NGUYEN**    **ATTY: HOWARD TRAPP**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.    ( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**    **AGENT:**

**U.S. PROBATION: MARIA CRUZ**    **U.S. MARSHAL: G. PEREZ**

**INTERPRETER: JANE HUA**    **LANGUAGE: VIETNAMESE**

***

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
   Base offense level:        Total offense level: 23    Criminal History Category: I

   **NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE**

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT:
Asked that the Court consider the defendant's cooperation since the time of his arrest.

( ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES


( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:
Agreed with counsel regarding the defendant's cooperation and recommended a sentence on the low end of the guidelines.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT


**NOTES/OTHER MATTERS:**

The Court Granted Government's Motion for Downward Departure.

Mr. Trapp requested that the defendant be allowed to self-surrender to the designated Bureau of Prisons upon notification by the U.S. Marshals Service and for a judicial recommendation for the institution in Oregon. The Court Granted the self-surrender of the defendant and Ordered the defendant to self-surrender to the U.S. Marshals Service in Portland, Oregon by January 30, 2006 or to the designated institution if designation is before January 30, 2006. The Court also Granted the request for judicial recommendation of the Oregon institution.

SENTENCE: CR-03-00108                                             DEFENDANT: CHANH DIHN NGUYEN

( X )   DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 36 MONTHS.

( X    COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT OREGON.

( X )   UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF FIVE YEARS. WHILE ON SUPERVISED RELEASE, THE DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISION RECOMMENDED BY THE SENTENCING COMMISSION AND THE FOLLOWING:

MANDATORY CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME DURING THE TERM OF SUPERVISION.

2. DEFENDANT SHALL REFRAIN FROM THE USE OF A CONTROLLED SUBSTANCE AND SHALL SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, NOT TO EXCEED EIGHT TESTS PER MONTH, AS DIRECTED BY THE PROBATION OFFICER. REVOCATION IS MANDATORY FOR REFUSAL TO COMPLY OR IF DEFENDANT IS FOUND IN VIOLATION OF THE CONDITION.

3. DEFENDANT SHALL SUBMIT TO DNA COLLECTION AND ANALYSIS AS DIRECTED BY THE PROBATION OFFICER.

SPECIAL CONDITIONS:

1. DEFENDANT SHALL NOT POSSESS, HAVE UNDER HIS CONTROL, OR HAVE ACCESS TO ANY FIREARM, EXPLOSIVE DEVICE, OR OTHER DANGEROUS WEAPON, AS DEFINED BY FEDERAL, STATE, OR LOCAL LAW.

2. DEFENDANT SHALL PARTICIPATE IN AND SUCCESSFUL COMPLETE A SUBSTANCE ABUSE TREATMENT PROGRAM, WHICH MAY INCLUDE DRUG TESTING, OUTPATIENT COUNSELING, OR RESIDENTIAL PLACEMENT, AS APPROVED AND DIRECTED BY THE PROBATION OFFICER. DEFENDANT IS REQUIRED TO CONTRIBUTE TO THE COSTS OF SERVICES FOR SUCH TREATMENT, AS APPROVED AND DIRECTED BY THE PROBATION OFFICER BASED ON HIS ABILITY TO PAY.

3. DEFENDANT SHALL PERFORM 200 HOURS OF COMMUNITY SERVICE.

4. IF ORDERED DEPORTED, DEFENDANT SHALL REMAIN OUTSIDE THE UNITED STATES AND SHALL NOT RE-ENTER WITHOUT THE PERMISSION OF THE U.S. ATTORNEY GENERAL. IF NOT ORDERED DEPORTED, AND THE DEFENDANT IS RELEASED PENDING FURTHER IMMIGRATION PROCEEDINGS, HE SHALL IMMEDIATELY REPORT TO THE U.S. PROBATION OFFICE TO BEGIN HIS TERM OF SUPERVISED RELEASE.

THE COURT WAIVED ALL FINES. DEFENDANT WAS ORDERED TO IMMEDIATELY PAY A SPECIAL ASSESSMENT FEE OF $200.00.

THE PROBATION OFFICER WAS INSTRUCTED TO PROVIDE THE DEFENDANT WITH A COPY OF HIS SUPERVISED RELEASE CONDITIONS AND THE DEFENDANT MUST ACKNOWLEDGE RECEIPT OF THE CONDITIONS.

DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

Courtroom Deputy: _____