(ryu)
HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



FILED
DISTRICT COURT OF GUAM

JAN 25 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 03-00108 |
| Plaintiff, | ) | STIPULATION |
| vs. | ) | |
| CHANH DIHN NGUYEN, also known as CHRIS, | ) | |
| Defendant. | ) | |

------------

It is stipulated that defendant need not surrender to the United States Marshal for the District of Oregon at Portland, Oregon, until February 12, 2006, unless the designation by the Bureau of Prisons occurs prior thereto. The reason for this stipulation is that defendant desires to attend the wedding of his sister.

Dated at Hagåtña, Guam, this 24th day of January, 2006.

_____
MARIVIC P. DAVID
ASSISTANT U.S. ATTORNEY
Attorney for plaintiff

_____
HOWARD TRAPP
For HOWARD TRAPP INCORPORATED
Attorney for defendant

ORIGINAL