(ryu)
HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant

FILED
DISTRICT COURT OF GUAM
JAN 30 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 03-00108 |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| CHANH DIHN NGUYEN, also known as CHRIS, | ) | |
| Defendant. | ) | |

------------

The parties having stipulated hereto, and the Court being fully advised,

IT IS ORDERED that defendant need not surrender to the United States Marshal for the District of Oregon at Portland, Oregon, until February 12, 2006, unless designation by the Bureau of Prisons occurs prior thereto.

Dated at Hagåtña, Guam, this 30th day of January, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Designated Judge

(STIPS/Order.CNguyen)   ORIGINAL