# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL CASE NO. 03-00108-001 |
| Plaintiff, | ) | |
| | ) | **SPECIAL REPORT** |
| vs. | ) | |
| CHANH DIHN NGUYEN, | ) | |
| Defendant. | ) | |

**Re: Transfer of Jurisdiction**

On November 14, 2005, Chanh Dihn Nguyen was sentenced in the District Court of Guam to a 36 month term of imprisonment, followed by five years supervised release for the offenses of Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§841(a)(1) and 846; Money Laundering, in violation of 18 U.S.C. §1957(a); and Forfeiture Allegation, in violation of 18 U.S.C. §982 and 21 U.S.C. §853. His conditions of supervised release includes that he: refrain from the use of a controlled substance and shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed eight tests per month; shall not possess, have under his control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state, or local law; participate in and successfully complete a substance abuse treatment program, which may include drug testing, outpatient counseling, or residential placement, as approved and directed by the probation officer and contribute to the costs of services for such treatment as approved and directed by the probation officer based on his ability to pay; perform 200 hours of community service; and if ordered deported, he shall remain outside the United States and not reenter without the permission of the U.S. Attorney General. If not ordered deported, and the defendant is released pending further immigration proceedings, he shall immediately report to the U.S. Probation Office to begin his term of supervised release. The offender was also ordered to cooperate in the collection of DNA as directed by the probation officer.

SPECIAL REPORT
Transfer of Jurisdiction
Re: NGUYEN, Chanh Dihn
Criminal Case No. 03-00108-001
June 16, 2007
Page 2

Mr. Nguyen will be released to the District of Oregon on August 28, 2008 to begin his term of supervised release. He is currently residing at the Oregon Halfway House completing the prerelease phase of his custody sentence. Mr. Nguyen has requested to relocate to Portland, Oregon, where his parents reside and where his family and community ties are. The District of Oregon Probation Office has agreed to supervise Mr. Nguyen and is requesting that jurisdiction of this case be transferred to their district.

Based on the above request, this Officer recommends that the Court initiate a Transfer of Jurisdiction from the District of Guam to the District of Oregon.

    Respectfully submitted,

    ROSSANNA VILLAGOMEZ-AGUON
    Chief U.S. Probation Officer

By: /s/ CARMEN D. O'MALLAN
    U.S. Probation Officer Specialist

Reviewed by:

/s/ ROSSANNA VILLAGOMEZ-AGUON
Chief U.S. Probation Officer

cc: File

| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **Criminal 03-00108-001** |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **CHANH DIHN NGUYEN** c/o USPO Brian P. Ring District of Oregon United States Probation 340 U.S. Courthouse 1000 SW Third Avenue Portland, OR 97204 | NAME OF SENTENCING JUDGE **Honorable Robert Clive Jones, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM **August 28, 2008** | TO **August 27, 2013** |

OFFENSE

**Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§841(a)(1) and 846, Money Laundering, in violation of 18 U.S.C. §1957(a) and Forfeiture Allegation, in violation of 18 U.S.C. §982 and 21 U.S.C.§853**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR **N/A** DISTRICT OF **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquirey of this court.*

*Date*        *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR    DISTRICT OF **Oregon**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*        *United States District Judge*