| ✎PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* **Criminal 03-00108-001** |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT **GUAM** | DIVISION |
|---|---|---|
| **CHANH DIHN NGUYEN** c/o USPO Brian P. Ring District of Oregon United States Probation 340 U.S. Courthouse 1000 SW Third Avenue Portland, OR  97204 | NAME OF SENTENCING JUDGE **Honorable Robert Clive Jones, Designated Judge** | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM **August 28, 2008** | TO **August 27, 2013** |

OFFENSE

**Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§841(a)(1) and 846, Money Laundering, in violation of 18 U.S.C. §1957(a) and Forfeiture Allegation, in violation of 18 U.S.C. §982 and 21 U.S.C.§853**

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR        **N/A**        DISTRICT OF        **Guam**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court Court for the        **District of Oregon**        upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquirey of this court.*

                                                **/s/ Frances M. Tydingco-Gatewood**
                                                **Chief Judge**
                                                **Dated: Jun 19, 2008**
        *Date*                                  *United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR                DISTRICT OF        **Oregon**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

        *Effective Date*                        *United States District Judge*