


# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

June 20, 2008

Ms. Sheryl S. McConnell
Clerk of Court
Oregon District Court
740 Mark O. Hatfield
 United States Courthouse
1000 Southwest Third Avenue
Portland, OR 97204-2802

RE: **District Court of Guam Criminal Case 03-00108**
**USA vs Chanh Dihn Nguyen**

Dear Ms. McConnell:

Enclosed is a copy of the Transfer of Jurisdiction Request filed on June 16, 2008, and two originals of form PROB 22, Transfer of Jurisdiction. Please **forward one original** to our office upon the acceptance of jurisdiction over the above-named probationer/supervised releasee.

Also enclosed for your convenience is a self-addressed stamped envelope. If you have any questions, please contact our office at 671-473-9100.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures