| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| | Criminal 03-00108-001 |
| TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) |
| | 08-cr-303 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **CHANH DIHN NGUYEN**<br>c/o USPO Brian P. Ring<br>District of Oregon<br>United States Probation<br>340 U.S. Courthouse<br>1000 SW Third Avenue<br>Portland, OR 97204 | GUAM | |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | **Honorable Robert Clive Jones, Designated Judge** |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM August 28, 2008 | TO August 27, 2013 |
|---|---|---|

OFFENSE

Conspiracy to Distribute Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§841(a)(1) and 846, Money Laundering, in violation of 18 U.S.C. §1957(a) and Forfeiture Allegation, in violation of 18 U.S.C. §982 and 21 U.S.C.§853

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____N/A_____ DISTRICT OF _____**Guam**_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court Court for the **District of Oregon** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquirey of this court.*

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Jun 19, 2008

_____ _____
Date                 United Sates District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR _____ DISTRICT OF _____**Oregon**_____

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7-1-08
_____ _____
Effective Date        United States District Judge

**FILED**
DISTRICT COURT OF GUAM
JUL 0 7 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON—PROBATION OFFICE

ERIC P. SUING
CHIEF U.S. PROBATION OFFICER

**HEADQUARTERS**
340 U.S. COURTHOUSE
1000 SW THIRD AVE.
PORTLAND, OR 97204
503/326-8600
FAX: 503/326-8700

*PLEASE REPLY TO PORTLAND*

20370 EMPIRE AVE., SUITE C-1
BEND, OR 97701
541/385-4937; FAX: 541/385-4939

1000 U.S. COURTHOUSE
405 E. EIGHTH AVE.
EUGENE, OR 97401
541/431-4060; FAX 541/431-4069

310 W. SIXTH, ROOM 323
MEDFORD, OR 97501
541/608-8780; FAX 541/608-8789

530 CENTER ST, NE, ROOM 406
SALEM, OR 97301
503/399-5715; FAX: 503/399-5735

July 1, 2008

United States District Court
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

RE: **NGUYEN, Chanh Dihn**
    **03-00108-001 (District of Guam)**
    **CR 08-303-01 (District of Oregon)**

**TRANSFER OF JURISDICTION**

To Whom it May Concern:

Enclosed is an original Probation Form 22 which has been signed by our judge. The other original has been filed in our Clerk's Office. Please forward case file and statistical information to our office.

Thank you for your assistance in this matter. If you have any questions or need additional information, please call me at (503) 326-8651.

Sincerely,

*Brian P. Ring / [signature]*

Brian P. Ring
U.S. Probation Officer

BPR/kdm/#34992
Enclosures: 1 original Probation Form 22

**RECEIVED**
**JUL 07 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CLERK'S OFFICE
DISTRICT COURT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

OFFICIAL BUSINESS

RECEIVED
JUL 07 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

UNITED STATES DISTRICT COURT
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910