# District Court of Guam



4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

July 10, 2008

Sheryl S. McConnell
Clerk of Court
United States District Court
740 Mark O. Hatfield
 United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2802

RE: ***District Court of Guam Criminal Case No. 03-00108-001***
***District of Oregon Criminal Case No. 08-cr-303***
***USA v. Chanh Dihn Nguyen***

Dear Ms. McConnell:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Waiver of Indictment, filed December 24, 2003;
2. Information, filed December 24, 2003;
3. Plea Agreement, filed December 24, 2003;
4. Judgment, filed November 18, 2005;
5. Transfer or Jurisdiction and Order, filed July 7, 2008;
6. Docket Sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures