

# District Court of Guam

4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÁTÑA, GUAM 96910
Telephone: (671) 473-9100; Facsimile: (671) 473-9152
www.gud.uscourts.gov

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge

JEANNE G. QUINATA
Clerk of Court

July 10, 2008

**FILED**
DISTRICT COURT OF GUAM
JUL 2 8 2008
JEANNE G. QUINATA
Clerk of Court

Sheryl S. McConnell
Clerk of Court
United States District Court
740 Mark O. Hatfield
  United States Courthouse
1000 Southwest Third Avenue
Portland, Oregon 97204-2802

RE: *District Court of Guam Criminal Case No. 03-00108-001*
*District of Oregon Criminal Case No. 08-cr-303*
*USA v. Chanh Dihn Nguyen*

Dear Ms. McConnell:

Our Court is in receipt of form PROB 22, Transfer of Jurisdiction and Order, accepting the transfer of the above-entitled matter.

Enclosed are certified copies of the following documents:

1. Waiver of Indictment, filed December 24, 2003;
2. Information, filed December 24, 2003;
3. Plea Agreement, filed December 24, 2003;
4. Judgment, filed November 18, 2005;
5. Transfer or Jurisdiction and Order, filed July 7, 2008;
6. Docket Sheet.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosures


RECEIVED
JUL 28 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Clerk's Office
US District Court
4th Floor US Courthouse
520 West Soledad Avenue
Hagatna, Guam   96910

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF OREGON
740 UNITED STATES COURTHOUSE
1000 S.W. THIRD AVENUE • PORTLAND, OREGON 97204-2902

OFFICIAL BUSINESS





RECEIVED
JUL 28 2008
DISTRICT COURT OF GUAM
HAGATNA, GUAM